RUTH AUMAN NORTON, respondent,

*v.*

MARY M. MILLER et al., appellants.

[Submitted October 25th, 1946.   Decided January 17th, 1947.]

*Mr. Francis J. Tanner,* for the appellants.

*Messrs. Berry & Whitson,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Jayne, and reported at *138 N. J. Eq. 235.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, MCGEEHAN, MCLEAN, JJ.   15.

*For reversal*—None.